## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN GARFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.   14-937-SCW |
| | ) |
| DENNIS FURLONG, JAY SWANSON, | ) |
| DEBBIE ISAACS, ZACHARY ROECKMAN, | ) |
| ASSISTANT WARDEN CREAG, NICK | ) |
| NALLEY, S.A. GODINEZ, DR. LARSON, and | ) |
| LOUIS SHICKER, | ) |
| | |
| Defendant(s). | |

### JUDGMENT IN A CIVIL CASE

Defendants Jay Swanson, Debbie Isaacs, Zachary Roeckman, Assistant Warden Creag, S.A. Godinez and Louis Shicker were dismissed without prejudice on September 23, 2014 by an Order entered by Chief Judge Michael J. Reagan (Doc. 8).

As part of an Order by Magistrate Judge Stephen C. Williams on March 28, 2017 (Doc. 85) and an Amended Order on March 30, 2017 (Doc. 86), Defendant Nick Nalley was dismissed without prejudice.

Defendants Dennis Furlong and Dr. Larson were granted summary judgment on March 28, 2017 by an Order entered by Magistrate Judge Stephen C. Williams. (Doc. 85).

**THEREFORE**, judgment is entered in favor of Defendants **DENNIS FURLONG** and **DR. LARSON** and against Plaintiff **JOHN GARFIELD** .

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.   These deadlines for motions under

Rule 59 cannot be extended by the Court.     The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.     This period can only be extended if excusable neglect or good cause is shown.

     **DATED** this 31st day of March, 2017

                                        **JUSTINE FLANAGAN, ACTING CLERK**

                                        **BY: */s/ Angela Vehlewald***
                                              **Deputy Clerk**

**Approved by   */s/ Stephen C. Williams***
              **United States Magistrate Judge**
              **Stephen C. Williams**